## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES "CHUCK" TURNER,<br>    Defendant, | )<br>)<br>)<br>)<br>)   **CRIMINAL ACTION**<br>)   **NO. 08-1785-TSH**<br>)<br>)<br>) |

### AMENDMENT TO ORDER SETTING CONDITIONS OF RELEASE
### November 25, 2008

**HILLMAN, M.J.**

     Condition of release "k" is amended as follows:  Pursuant to the Government's List of Potential Witnesses (sealed document #13), the defendant is to have no contact, directly or indirectly, or through a third party, with the group of names under the heading "No Contact Witnesses."  The Defendant may have contact with the group of witnesses under the heading "Restricted Contact Witnesses" but may not discuss, or communicate in any way about the matters in the instant complaint or the matters in the case of U.S. v. Wilkerson (08-10345). Counsel of record for Mr. Turner may contact any of the witnesses for the purpose of preparing his defense.

                                               /s/Timothy S. Hillman<br>
                                               **TIMOTHY S. HILLMAN**<br>
                                               **MAGISTRATE JUDGE**